April 27, 2018

**From**: Derek Horton
**To**: Judge Sonja Bivins,

Dear Judge Bivins,

I am very limited for time, resources and options. Trial begins Monday at 2:00 p.m.

Please accept "Quick Response" as my "traverse". I have nothing more to say unless you can call me in this Friday morning or Monday morning for oral argument as requested.

I'll be at Government Plaza this afternoon handling pre-trial matters. Respondent's "answer" was factually inaccurate and a disgrace. He did not elaborate on ACCA's "imprecise" application of JACKSON (see third memorandum) amongst many other charges I made.

And then he essentially asked you to dismiss the petition which you specifically instructed him not to do. A disgrace to Justice. I would like you to please make a decision before trial begins. Besides oral argument, I'm done. Kerstin Guggermeier, my fiancee, can speak on my behalf. I'll be real busy from here on out.

Kristin can be reached at 251-202-3684 or at "derekstrial@gmail.com"

Thank you.

Derek Tyler Horton

*[signature: Derek Horton 4-27-18]*

P.S. A copy of this letter has been served on respondent's counsel (Paul Carbo) by postal service.