**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DEREK TYLER HORTON,** | * |
| Petitioner, | * |
| vs. | *   CIVIL ACTION NO. 18-00075-JB-B |
| **SAM COCHRAN,** | * |
| Respondent. | * |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition be **DISMISSED** without prejudice and that any motion for a Certificate of Appealability or for permission to appeal *in forma pauperis* be **DENIED**.

**DONE** this 24th of April, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**